US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 1 1 2015

DOUGLAS F. YOUNG, Clerk
By
            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BEULAH REYNOLDS**                                                    **PLAINTIFF**

VS.                         NO. 15-5295

**WALGREEN CO. d/b/a WALGREENS**                                       **DEFENDANT**

## NOTICE OF REMOVAL

In accordance with 28 U.S.C. §§ 1441 and 1446, defendant Walgreen Co. d/b/a Walgreens ("Walgreens"), hereby gives notice of the removal of this action from the Circuit Court of Washington County, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Helena Division.  Removal jurisdiction is based on the following:

1. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2. This case, styled *Beulah Reynolds v. Walgreen Co. d/b/a Walgreens*, was filed on September 30, 2015 in the Circuit Court of Washington County, Arkansas, as civil action number CV 2015-1772-4 on the docket of that Court.

3. Walgreens was served with service of process on November 13, 2015. This Notice of Removal is filed within thirty (30) days (or the first filing day thereafter) of the first delivery of a summons and complaint to Walgreens or its agent for service.  Copies of the summons and complaint are attached

1286496-v1

hereto collectively as Exhibit 1, these constituting all the process and pleadings that have been delivered to Walgreens.

4. Walgreens filed its answer to the complaint in the Circuit Court of Washington County on December 10, 2015. A copy of the answer is attached hereto as Exhibit 2.

5. This case is removed pursuant to 28 U.S.C. § 1441(a) and (b). Jurisdiction in the United States District Court for the Western District of Arkansas, Fayetteville Division is based on 28 U.S.C. § 1332.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332(a) because this action is between citizens of different states and the matter in controversy exceeds $75,000, excluding interest and costs. *See* Complaint at ¶ 22.

7. Plaintiff is a resident and citizen of the State of Arkansas. *Id.* at ¶ 2.

8. Walgreens is a corporation foreign to the State of Arkansas. *Id.* at ¶ 3. Walgreens is a corporation organized and existing under the laws of the State of Delaware with its principle of place of business in the State of Illinois.

9. The United States District Court for the Western District of Arkansas, Fayetteville Division, embraces the county in which the state court action is now pending. Accordingly, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

10.  In accordance with 28 U.S.C. § 1446(d), Walgreens will file a file-marked copy of this notice of removal with the Circuit Clerk of Washington County, Arkansas.

11.  Undersigned counsel states that this removal is well-grounded in fact, warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendant Walgreen Co. d/b/a Walgreens hereby removes this action from the Circuit Court of Washington County, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Division and seeks resolution by this Court of all issues raised herein.

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442

By _____
        Kyle R. Wilson (89118)
        Michael A. Thompson (2010146)
        *Attorneys for defendant Walgreen Co.*
        *d/b/a Walgreens*

## CERTIFICATE OF SERVICE

On December 10, 2015, a copy of the foregoing was served by U.S. mail on:

Bobby Lee Odom
Alan L. Lane
ODOM LAW FIRM, P.A.
1 East Mountain
P.O. Drawer 1868
Fayetteville, AR 72702

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　Kyle R. Wilson