IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BEULAH REYNOLDS                                            PLAINTIFF

V.                          CASE NO. 5:15-CV-05295

WALGREEN CO. d/b/a Walgreens                               DEFENDANT

## ORDER OF DISMISSAL

IT APPEARING to the Court that the matter has been settled, counsel for all parties

having so advised the Court, it is ORDERED that the case be, and it is hereby,

DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein,

those terms should be reduced to writing and filed with the Court within thirty (30) days

from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon

cause shown that settlement has not been completed and that a party wishes this Court

to enforce the settlement agreement, specifically.

IT IS SO ORDERED this ___9th___ day of February, 2016.


                                    _____
                                    TIMOTHY L. BROOKS
                                    UNITED STATES DISTRICT JUDGE